IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FLORA JOHNSON,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS<br>and SUMMIT RECEIVABLES,<br><br>                Defendants. | DEFAULT CERTIFICATE<br><br><br><br>Case No. 2:16-CV-689 PMW |

    Plaintiff has moved for entry of default against Defendants. Defendants have failed to appear or otherwise defend, and the time allowed by law for answering has expired. Accordingly, Plaintiff's Motion is granted, and the default of Defendants is hereby entered according to law, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

    DATED this 13th day of July, 2017.

                                  D. MARK JONES, CLERK

                                  By: _/s/ Anne W. Morgan_____
                                       Anne W. Morgan, Chief Deputy